IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| AMARILIS E. ADORNO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| GMAC MORTGAGE, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

**COMES NOW** defendant, GMAC Mortgage, LLC ("GMACM"), and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby gives notice of the removal of this action to the United States District Court for the Southern District of Florida, Miami Division. As grounds for this removal, GMACM states as follows:

### I. PROCEDURAL BACKGROUND

1. On or about October 11, 2010, Plaintiff filed an action against GMACM in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (Civil Action No.10-53715-CA-15), a state court within this judicial district and division.

2. Plaintiff's action includes the following claims: (i) a claim pursuant to Fla. Stat. § 559.77; (ii) breach of fiduciary duty; (iii) breach of contract; (iv) unjust enrichment; (v) conversion; (vi) fraud; and (vii) breach of duty to deal squarely and

in good faith. (See Complaint, ¶¶ 2-8). Plaintiff seeks monetary damages of $500,000.00. (Id., ¶ 61).

3. GMACM was served with a copy of the Summons and Complaint on October 11, 2010.

4. GMACM timely filed an Answer in state court.

5. A copy of the state court file is attached hereto as Exhibit A.[1]

6. This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b), because it is filed within thirty (30) days of the service of the Summons and Complaint and because this action was commenced less than one (1) year ago.

7. This case is properly removable pursuant to 28 U.S.C. § 1441, which provides in pertinent part as follows:

> (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.

8. As shown below, this case is properly removable because complete diversity of citizenship exists between Plaintiff and the Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

---

[1] Although the clerk of the state court has received GMACM's Answer to the Complaint, the Answer is not yet reflected in the state court's file. Thus, GMACM has included a copy of the Answer with the other fifty-four (54) pages of the state court file attached hereto.

## II. **DIVERSITY OF CITIZENSHIP**

9. This action is removable under 28 U.S.C. § 1332(a), which provides as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between --
>
> (1) citizens of different States . . . .

10. Plaintiff is a resident citizen of the State of Florida. (Complaint, ¶ 9).

11. The Complaint incorrectly alleges that GMACM, a limited liability company, is "organized under the laws of the state of Florida." (Id., ¶ 10). However, all of GMACM's members are now, and were at the commencement of this action and all intervening times, citizens of the states of Michigan and Delaware.[2]

12. Thus, complete diversity of citizenship exists.

13. The amount in controversy requirement of 28 U.S.C. § 1332 is also met, as Plaintiff seeks damages of $500,000.00. (Complaint, ¶ 61). In addition,

---

[2] GMACM is wholly owned by GMAC Mortgage Residential Holding Company, LLC. GMAC Mortgage Residential Holding Company, LLC is a wholly owned subsidiary of Residential Capital, LLC. Residential Captial, LLC is 99% owned by GMAC Mortgage Group, LLC, which is owned by Ally Financial, Inc., a Delaware corporation with its principal place of business in Michigan. Residential Capital, LLC is 1% owned by Rescap Investments, LLC. Rescap Investments, LLC is a wholly owned subsidiary of GMAC Mortgage Group, LLC, which again, is owned by Ally Financial, Inc., a Delaware corporation with its principal place of business in Michigan.

Plaintiff seeks injunctive relief, punitive damages, costs, and attorneys' fees. (Complaint, p. 7). Thus, the jurisdictional threshold of $75,000.00 is clearly met.

### III. CONCLUSION

14. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes of action.

15. GMACM has heretofore sought no similar relief.

16. GMACM reserves the right to supplement the Notice of Removal by adding any jurisdictional defenses which may independently support a basis for removal. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of GMACM's rights to assert any defense or affirmative matter, whether pursuant to Fed. R. Civ. P. 8(c), Fed. R. Civ. P. 12(b), or otherwise, including, but not limited to, the defenses of insufficient process and insufficient service of process.

17. A copy of this notice is being filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as provided under 28 U.S.C. § 1446.

18. Prompt written notice will be given to Plaintiff of the filing of this Notice of Removal.

**WHEREFORE**, premises considered, GMACM requests that the Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

Respectfully submitted this the 5th day of November, 2010.

/s/ D. Brian O'Dell
D. Brian O'Dell (Florida Bar #0659665)
Christian W. Hancock (Florida Bar #0643521)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: 205.521.8000
Facsimile: 205.521.8800

ATTORNEYS FOR GMACM